**Opinion filed October 4, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00248-CV
_____

## IN THE INTEREST OF M.N.C. AND J.J.C. JR., CHILDREN

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 17-04-17541**

### M E M O R A N D U M   O P I N I O N

After the associate judge signed an order terminating parental rights, the father of the children filed in the trial court a "NOTICE OF APPEAL FROM ASSOCIATE JUDGE'S RULING AND REQUEST FOR DE NOVO TRIAL." When that document was filed in this court, we inadvertently docketed this case as an accelerated appeal from a final order terminating the father's parental rights. The

father has notified this court by letter that he desires at this time to proceed in the trial court with a de novo hearing and that he therefore wishes to dismiss this appeal.

Accordingly, we dismiss this appeal.

PER CURIAM

October 4, 2018

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.